**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00021-CV**

_____


**IN RE BEVERLY ELAINE JONES**

_____

**Original Proceeding**

_____

**ORDER**

The relator, Beverly Elaine Jones, filed a petition for writ of habeas corpus, alleging her confinement for contempt pursuant to an order of the 75th District Court of Liberty County, Texas, in trial cause number CV71726 is illegal because she has not been provided with adequate notice of the manner in which she violated the community supervision order and the trial court failed to hold a hearing within the time required by law. Jones requests that she be released on bail pending our resolution of her petition.

It is, therefore, ORDERED that Relator, Beverly Elaine Jones, shall be released from confinement in the Liberty County Jail upon Relator executing and

filing with the Sheriff of Liberty County a good and sufficient appearance bond or security, conditioned as required by law, in the sum of Five Hundred Dollars ($500.00). *See* Tex. R. App. P. 52.8(b)(3), 52.10(b). A copy of the approved and executed bond shall be forwarded to the Clerk of this Court.

ORDER ENTERED January 16, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.